UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

No. 5:10-CR-109

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| UBALDO ALVAREZ GUTIERREZ | ) |

## ORDER GRANTING
## MOTION TO SEAL SENTENCING MEMORANDUM

Defendant's Motion to Seal his Sentencing Memorandum filed in the above-captioned case is hereby GRANTED.

SO ORDERED, this the 12th day of January, 2011.

HON. MALCOLM J. HOWARD
SENIOR U.S. DISTRICT COURT JUDGE