UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Criminal No. 5:10-CR-109-1H
Civil No. 5:16-CV-448-H

UBALDO ALVAREZ-GUTIERREZ,   )
                            )
              Petitioner,   )
                            )
       v.                   )        ORDER
                            )
UNITED STATES OF AMERICA,   )
                            )
              Respondent.   )

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This 9th day of August, 2016.

_____
MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE